IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF | IN A BANKRUPTCY PROCEEDING |
| WANDA D. JEFFERSON | UNDER 11 USC CHAPTER 13 |
| Debtor(s) | No. 07B 15434 |
| | Judge Wedoff |

### AGREED ORDER

AT CHICAGO, ILLINOIS THIS    DAY OF    , 2007.

THIS CAUSE coming to be heard on the motion of the creditor MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR AND AS AUTHORIZED BY FREMONT INVESTMENT AND LOAN ON BEHALF OF HOMEQ SERVICING CORPORATION, by and through it's attorneys Jaros, Tittle & O'Toole, Limited and the Court being fully advised;

IT IS HEREBY ORDERED that the Automatic Stay shall automatically be lifted unless the default is cured as set forth above, and in the event that the above captioned debtor falls two post-petition mortgage payments in arrears to said creditor, beginning in October, 2007, the Automatic Stay shall Automatically be lifted as to the creditor MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR AND AS AUTHORIZED BY FREMONT INVESTMENT AND LOAN ON BEHALF OF HOMEQ SERVICING CORPORATION.

IT IS FURTHER ORDERED that debtor shall be allowed a 15 day grace period and the creditor shall furnish a 10 day notice written notice of default to the debtors, to their attorney and the standing trustee; the debtors shall have the right to cure a default within the grace period by bringing all post-petition payments and late charges current through the month of tender and;

IT IS FINALLY ORDERED that the motion of the creditor to Dismiss or Modify the Automatic Stay be and is hereby withdrawn.

_____
By: James E. Trausch
Of Jaros, Tittle & O'Toole, Limited
Attorney for MERS/HOMEQ

_____
Colin Banyon
Attorney for Debtor

ENTER _____
JUDGE
9/6/07

JAROS, TITTLE & O'TOOLE, LIMITED
20 North Clark Street
Suite #510
Chicago, Illinois 60602
(312) 750-1000
Our file #06-31142