## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Jefferson, Wanda D

Printed:  7/1/08

Case Number:  07 B 15434
Judge:  Wedoff, Eugene R
Filed:  8/24/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:       Dismissed:  May 15, 2008
Confirmed:  November 8, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 1,480.00 |  |
| Secured: |  | 1,390.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 90.00 |
| Other Funds: |  | 0.00 |
| Totals: | 1,480.00 | 1,480.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Legal Helpers | Administrative | 0.00 | 0.00 |
| 2. | Washington Mutual | Secured | 0.00 | 0.00 |
| 3. | Litton Loan Servicing | Secured | 0.00 | 0.00 |
| 4. | Litton Loan Servicing | Secured | 9,350.53 | 533.23 |
| 5. | Home Equity Loans | Secured | 22,000.00 | 0.00 |
| 6. | Washington Mutual | Secured | 15,201.00 | 856.77 |
| 7. | Galway Financial Service | Unsecured | 585.00 | 0.00 |
| 8. | City Of Chicago Dept Of Revenue | Unsecured | 283.12 | 0.00 |
| 9. | AIS Services | Unsecured | 688.94 | 0.00 |
| 10. | Peoples Energy Corp | Unsecured | 997.08 | 0.00 |
| 11. | GEMB | Unsecured | 111.18 | 0.00 |
| 12. | Irwin Home Equity | Secured | | No Claim Filed |
| 13. | Harris & Harris | Unsecured | | No Claim Filed |
| 14. | Nicor Gas | Unsecured | | No Claim Filed |
| 15. | Nicor Gas | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 49,216.85 | $ 1,390.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 30.44 |
| 6.5% | 59.56 |
| | _____ |
| | $ 90.00 |

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Jefferson, Wanda D

Printed:  7/1/08

Case Number:  07 B 15434

Judge:  Wedoff, Eugene R

Filed:  8/24/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

